UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X

MARISOL RODRIGUEZ,  :  18 Civ. 5786 (JLC)

        Plaintiff,  :

    against  :

PIONEER HOMECARE, INC., and  :
PATIENCE EMENIKE,

        Defendants.  :

------------------------------- X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/19

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Marisol Rodriguez and Defendants Pioneer Homecare, Inc. and Patience Emenike, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

Dated: November 1, 2019      Dated: November 1, 2019
New York, New York      Stamford, Connecticut

AIDALA, BERTUNA, & KAMINS      MURTHA CULLINA LLP

By: _____      By: _____
Lawrence Spasojevich      Salvatore G. Gangemi
546 5th Avenue, 6th Floor      Adam D. Friedland
New York, New York 10036      177 Broad Street, 16th Floor
(202) 468-4728      Stamford, Connecticut 06901
ls@aidalalaw.com      (203) 653-5400
*Attorneys for Plaintiff Marisol Rodriguez*      sgangemi@murthalaw.com
    afriedland@murthalaw.com
    *Attorneys for Defendants Pioneer Homecare,*
    *Inc. and Patience Emenike*

SO ORDERED:

_____
Hon. James L. Cott
United States Magistrate Judge

11/5/19

10339361v1